IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAPHAEL J. LANDRUM,<br>AIS #262094,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEBRA TONEY, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:20-CV-869-RAH<br>)<br>)<br>)<br>) |

## **ORDER**

On October 30, 2020, the Magistrate Judge entered a Recommendation (Doc. 3) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is transferred to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1406(a).

The Clerk of the court is DIRECTED to undertake those measures necessary to effectuate the transfer of this case.

This case is CLOSED in this Court.

DONE, this 24th day of November, 2020.

　　　　　　　　　　　　　　　　　　／s／ R. Austin Huffaker, Jr.
　　　　　　　　　　　　　　　　R. AUSTIN HUFFAKER, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE